Michael James Billiot, Houma, LA, for Plaintiff–Appellant.

George Davidson Fagan, Alex P. Tilling, Leake & Andersson, L.L.P., New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the following reasons:

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

1. The jurisdiction of the court existed for the reasons given by the order of April 7, 2009, 2009 WL 961247. The plaintiff's petition appears to predicate the alleged wrongful termination on a violation of the plaintiff's entitlement to medical leave of absence. The claim under the federal act was confirmed by plaintiff's counsel. Subsequently, plaintiff dismissed that claim, but jurisdiction was determined on the date of removal.

2. As an at-will employee, plaintiff has no claim for her termination. Whether or not she was allowed medical leave is immaterial, because that would not change the defendant's right to terminate her employment. Again, the district court by its order of April 9, 2009, 2009 WL 981708, correctly ruled.

AFFIRMED.

**Charles Anthony ALLEN, Sr., Plaintiff–Appellant**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division; A.C. Janicek, Warden; Cody Ginsel, Assistant Warden; Gene Wakefield, Assistant Warden; Becky Tibbs, Supervisor Law Library; Celso Monjares, Field Ser-**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

geant; Karen Malone, Law Library Clerk; Cynthia Wood, COV Supervisor; Billie Harris, COIV Officer; Heather Heatherly, COV Officer; Katherine Rodgers, COIV Officer; Attorney General of Texas, Defendants–Appellees.

No. 09–20094
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2009.

Charles Anthony Allen, Sr., Kenedy, TX, pro se.

Jennifer Jean Wells, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

The summary judgment of the district court is affirmed. Plaintiff has given no admissible evidence of deprivation or liability for violation of his constitutional rights. His conclusions about the legal wrongs inflicted on him and his property, even if sincerely believed, will not be enough to sustain his lawsuit.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.